SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

\*\*E-filed 10/13/05\*\*

Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LAIB<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDICIS PHARMACEUTICAL CORPORATION<br><br>　　　　Defendant. | Case No. C05-02577 PVT<br><br>**STIPULATON AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process: <u>Private Mediation</u>. The parties agree to hold the ADR session by January 31, 2006.

DATED: October 4, 2005　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Christian J. Rowley
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　MEDICIS PHARMACEUTICAL CORPORATION

DATED: October 4, 2005　　　　BROUS HORN LLC

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Tammy Horn, Carrie M. Brous
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　JULIE LAIB

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/Case No. C05-2577 PVT

1  [PROPOSED] ORDER

2     Pursuant to the Stipulation above, the captioned matter is hereby referred to private

3  mediation to be completed by January 31, 2006

4  IT IS SO ORDERED.

5  DATED: October 13, 2005

6                                    /s/electronic signature authorized
                                     ~~PATRICIA V. TRUMBULL~~ Jeremy Fogel
7                                    UNITED STATES ~~MAGISTRATE~~ JUDGE
                                                         DISTRICT
8

28  SF1 28220946.1 / 39635-000002