RICHARD SCHRAMM, ESQ.  SBN 151696
EMPLOYMENT RIGHTS ATTORNEYS
46 South First Street                                                 **E-filed 3/22/06**
San Jose, CA  95113
Tel (408) 971-9993
Fax (408) 295-5008

CARRIE M. BROUS, Esq. (KS BN 18157)
TAMMY L. HORN, Esq. (KS BN 15418)
BROUS HORN LLC
10313 West 140th Street
Overland Park, KS  66221
Tel (913) 897-7877
Fax (913) 982-2515

Attorneys for Plaintiff, JULIE LAIB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIE LAIB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-02577-JF |
| ) | |
| MEDICIS PHARMACEUTICAL CORP., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**   AND ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Julie Laib and defendant Medicis

Pharmaceutical Corp. hereby jointly stipulate and agree that plaintiff's action, in full,

including all of plaintiff's claims against defendant in this action, should be and is hereby

dismissed with prejudice, with each party to bear and pay her or its own costs and

attorneys' fees.

Dated this 14th day of March 2006.

Respectfully submitted,

/s/ Carrie M. Brous
Carrie M. Brous KS # 18157
Tammy L. Horn KS # 15418
Brous Horn LLC
10313 West 140th Street
The Carriage House
Overland Park, KS  66221
(913) 897-7877
fax (913) 982-2515
thorn@broushorn.com
cbrous@broushorn.com
www.broushorn.com

ATTORNEYS FOR PLAINTIFF


/s/ Christian Rowley
Nick C. Geannacopulos (SBN 114822)
Christian J. Rowley (SBN 187293)
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
Fax (415) 397-8549
ngeannacopulos@seyfarth.com
crowley@seyfarth.com

ATTORNEYS FOR MEDICIS
PHARMACEUTICAL CORP.

IT IS SO ORDERED.
 3/22/06

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT